

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

J & J SPORTS PRODUCTIONS, INC.   :   CIVIL ACTION
   :
v.   :
   :
KENNETH T. LONG, et al.   :   NO. 08-CV-640

### ORDER

AND NOW, this 3rd day of June, 2009, IT IS HEREBY ORDERED that the plaintiff's uncontested motion for default judgment (Doc. # 27) is GRANTED in the amount of $2,400. statutory and enhanced damages, and $1,136.50 in attorney's fees and costs, as set forth in the attached memorandum.

BY THE COURT:

_____
J. WILLIAM DITTER, JR., J.